**2007-0768.   Cleveland Metro. Bar Assn. v. Smith.**
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by movant, Cleveland Metropolitan Bar Association, on September 17, 2009, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the court's August 29, 2007 order. Respondent did not file a response. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on December 1, 2009 at 9:00 a.m.

# MISCELLANEOUS DISMISSALS

**2009-0772.   State ex rel. Jackson v. Indus. Comm.**
Franklin App. No. 08AP-498, 2009-Ohio-1045. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009-1729.   State ex rel. W. Coleman v. Keough.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2009-1629.   State ex rel. Automated Solutions Corp. v. Friedland.**
Cuyahoga App. No. 92583, 2009-Ohio-3741.

**2009-1666.   State ex rel. Marrero v. Indus. Comm.**
Franklin App. No. 08AP-922, 2009-Ohio-4382.

**2009-1755.   State ex rel. Lackey v. Indus. Comm.**
Franklin App. No. 08AP-262, 2009-Ohio-4208.

**2009-1763.   Bd. of Edn. of Vandalia-Butler City Schools v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007-M-1022.

**2009-1765.   AERC Saw Mill Village, Inc. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007-A-764.

**2009-1777.   State ex rel. Cedeno v. Indus. Comm.**
Franklin App. No. 08AP-912, 2009-Ohio-4211.

**2009-1863.   State ex rel. Smith v. Indus. Comm.**
Franklin App. No. 08AP-854, 2009-Ohio-4833.

**2009-1869.   State ex rel. Paneto v. Matos.**
Franklin App. No. 08AP-926, 2009-Ohio-4845.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):